AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

MICHAEL C. KEO, an individual,

*Plaintiff(s)*

v.

STEPHEN K. KWAN, an individual and as Trustee of the KWAN LIVING TRUST; ALICE A. KWAN, an individual and as Trustee of the KWAN LIVING TRUST;

*Defendant(s)*

Civil Action No. 2:19-cv-05934-CAS-JEM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STEPHEN K. KWAN, an individual and as Trustee of the KWAN LIVING TRUST; ALICE A. KWAN, an individual and as Trustee of the KWAN LIVING TRUST; 1095 Virginia Rd. San Marino, CA 91108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Pamela Tsao
Ascension Law Group, PC
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 7/10/2019

*Signature of Clerk or Deputy Clerk*